Texas Car Title & Pay Day
Loan Services
6620 Azle Ave.
Fort Worth, TX 76135

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Jason Dale Hall**
**Jessica Rose Hall**

CASE NO 24-42072-ELM-7

CHAPTER **7**

## AMENDED

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/09/2024** Signature **/s/ Jason Dale Hall**
Jason Dale Hall, Debtor

Date **10/09/2024** Signature **/s/ Jessica Rose Hall**
Jessica Rose Hall, Joint Debtor