Fill in this information to identify your case:

Debtor 1: **Jason** (First Name) **Dale** (Middle Name) **Hall** (Last Name)

Debtor 2 (Spouse, if filing): **Jessica** (First Name) **Rose** (Middle Name) **Hall** (Last Name)

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number (if known) **24-42076-ELM-7**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 **Azle ISD Appraisal** | **$5,711.02** | **$564,100.00** | **$0.00** |

Creditor's Name: **Azle ISD Appraisal**

**c/oLinebarger Goggan Blair & Sampson LLP**

**2323 Bryan Street Ste 1600** (Number Street)

**Dallas, TX 75201** (City State ZIP Code)

**Describe the property that secures the claim:**

**103 Tusk Court, Weatherford, TX 76085**
**103 Tusk Court Weatherford, TX 76085**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Property Taxes**

**Date debt was incurred** **2023**

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$5,711.02**

Debtor 1 Jason Dale Hall
Debtor 2 Jessica Rose Hall
First Name Middle Name Last Name

Case number *(if known)* 24-42072-ELM-7

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.2 Colonial Loan Assoc. | $19,359.00 | $20,000.00 | $0.00 |
| 2.3 Community Finance LLC | $16,000.00 | $0.00 | $16,000.00 |

**2.2** **Colonial Loan Assoc.**
Creditor's Name
**Attn: Bankruptcy Dept**
**2645 W Andrew Johnson Hwy**
Number Street
**Morristown, TN 37814**
City State ZIP Code

**Describe the property that secures the claim:** 2021 4 Star Stock Trailer

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) Agriculture

**Date debt was incurred** 3/1/2023 **Last 4 digits of account number** 0 0 0 2

**2.3** **Community Finance LLC**
Creditor's Name
**5892 Losee Road, Suite 132-139**
Number Street
**North Las Vegas, NV 89081**
City State ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset)

**Date debt was incurred** ____ **Last 4 digits of account number** __ __ __ __

**Add the dollar value of your entries in Column A on this page. Write that number here:** $35,359.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Jason | Dale | Hall |
| Debtor 2 | Jessica | Rose | Hall |

Case number *(if known)* 24-42072-ELM-7

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion (If any) |
|---|---|---|---|
| 2.4 EECU | $53,563.00 | $23,826.00 | $29,737.00 |
| 2.5 Flagstar Bank | $381,280.00 | $564,100.00 | $0.00 |

**2.4 EECU**
Creditor's Name
1617 W. Seventh Street
Number Street

Ft. Worth, TX 76102
City State ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred** 3/1/2022

**Describe the property that secures the claim:**
2018 Dodge Ram 2500

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Certificate of Title

**Last 4 digits of account number** 0 0 0 2

**2.5 Flagstar Bank**
Creditor's Name
PO Box 619063
Number Street

Dallas, TX 75261
City State ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred** 9/1/2021

**Describe the property that secures the claim:**
103 Tusk Court, Weatherford, TX 76085
103 Tusk Court Weatherford, TX 76085

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Deed of Trust

**Last 4 digits of account number** 4 6 3 3

**Add the dollar value of your entries in Column A on this page. Write that number here:** $434,843.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ______

Debtor 1 Jason Dale Hall
Debtor 2 Jessica Rose Hall
First Name Middle Name Last Name

Case number (if known) 24-42072-ELM-7

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| **2.6** GoodLeap Llc. | **$122,922.00** | **$100,000.00** | **$22,922.00** |
| **2.7** KOALIFI FINANCING | **$1,806.09** | **$900.00** | **$906.09** |

**2.6** **GoodLeap Llc.**
Creditor's Name
**Attn: Bankruptcy**
**8781 Sierra College Blvd**
Number Street
**Roseville, CA 95661**
City State ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred** 8/1/2021

**Describe the property that secures the claim:** Solar Panels

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Purchase Money

**Last 4 digits of account number** 6 0 3 6

**2.7** **KOALIFI FINANCING**
Creditor's Name
**PO Box 5518**
Number Street
**Glen Allen, VA 23058**
City State ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** 9/22/2023

**Describe the property that secures the claim:** Loveseat & Ottoman Sofa

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Purchase Money

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$124,728.09**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ________

Debtor 1 **Jason** **Dale** **Hall** Case number *(if known)* **24-42072-ELM-7**

Debtor 2 **Jessica** **Rose** **Hall**

First Name Middle Name Last Name

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.8 Mahindra Finance | $28,775.00 | $25,000.00 | $3,775.00 |
| 2.9 Parker County Appraisal District | $1,177.33 | $564,100.00 | $0.00 |

**2.8**

**Mahindra Finance**
Creditor's Name
**Attn: Bnakruptcy**
**PO Box 2000**
Number Street
**Johnston, IA 50131**
City State ZIP Code

**Describe the property that secures the claim:** **2022 Tractor Mahindra 4540 4WD with loader, rotary cutter and SD box Scraper**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Certificate of Title**

**Date debt was incurred** **5/15/2022** **Last 4 digits of account number** **4 0 0 0**

**2.9**

**Parker County Appraisal District**
Creditor's Name
**Attn: Bankruptcy**
**1108 Sante Fe Drive**
Number Street
**Weatherford, TX 76086**
City State ZIP Code

**Describe the property that secures the claim:** **103 Tusk Court, Weatherford, TX 76085**
**103 Tusk Court Weatherford, TX 76085**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Property Taxes**

**Date debt was incurred** **2023** **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$29,952.33**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ______

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Jason** | **Dale** | **Hall** |
| Debtor 2 | **Jessica** | **Rose** | **Hall** |

Case number *(if known)* **24-42072-ELM-7**

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.10 Parker County ESD Appraisal | **$471.79** | **$564,100.00** | **$0.00** |
| 2.11 Parker County Hospital Appraisal | **$495.76** | **$564,100.00** | **$0.00** |

**2.10** **Parker County ESD Appraisal**
Creditor's Name
**Attn: Officer or Managing Agent**
**118 W. Colunbia**
Number Street
**Weatherford, TX 76086**
City State ZIP Code

**Describe the property that secures the claim:**
**103 Tusk Court, Weatherford, TX 76085**
**103 Tusk Court Weatherford, TX 76085**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Property Taxes**

**Date debt was incurred** **2023**
**Last 4 digits of account number** ___ ___ ___ ___

**2.11** **Parker County Hospital Appraisal**
Creditor's Name
**Attn Officer or Managing Agent**
**118 W. Columbua**
Number Street
**Weatherford, TX 76086**
City State ZIP Code

**Describe the property that secures the claim:**
**103 Tusk Court, Weatherford, TX 76085**
**103 Tusk Court Weatherford, TX 76085**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Property Taxes**

**Date debt was incurred** **2023**
**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$967.55**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ________

Debtor 1 **Jason** **Dale** **Hall** Case number *(if known)* **24-42072-ELM-7**

Debtor 2 **Jessica** **Rose** **Hall**

First Name Middle Name Last Name

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| 2.12 **Parker County JR College Appraisal Dist** | **Describe the property that secures the claim:** | **$577.83** | **$564,100.00** | **$0.00** |

Creditor's Name: **Parker County JR College Appraisal Dist**

**Attn: Officer or Managing Agent**

**118 W. Colunbia**
Number Street

**Weatherford, TX 76086**
City State ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** **2023**

**Describe the property that secures the claim:**
**103 Tusk Court, Weatherford, TX 76085**
**103 Tusk Court Weatherford, TX 76085**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Property Taxes**

**Last 4 digits of account number** ___ ___ ___ ___

| | | *Column A* | *Column B* | *Column C* |
|---|---|---|---|---|
| 2.13 **Texas Car Title & Pay Day Loan Services** | **Describe the property that secures the claim:** | **$6,817.71** | **$16,175.00** | **$0.00** |

Creditor's Name: **Texas Car Title & Pay Day Loan Services**

**6620 Azle Ave.**
Number Street

**Fort Worth, TX 76135**
City State ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** ________

**Describe the property that secures the claim:**
**2015 Nissan Armada**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) ________

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$7,395.54**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** **$638,956.53**

Texas Car Title & Pay Day
Loan Services
6620 Azle Ave.
Fort Worth, TX 76135

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Jason Dale Hall**
**Jessica Rose Hall**

CASE NO 24-42072-ELM-7

CHAPTER **7**

## AMENDED

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/09/2024** Signature **/s/ Jason Dale Hall**
Jason Dale Hall, Debtor

Date **10/09/2024** Signature **/s/ Jessica Rose Hall**
Jessica Rose Hall, Joint Debtor